M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2012 FEB -2  P 12: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Calvin Leon Massey</u>           )
Full name and prison name of     )
Plaintiff(s)                     )
                                 )
v.                               )   CIVIL ACTION NO. 2:12-cv-101-TMH-TFM
                                 )   (To be supplied by Clerk of U.S. District
                                 )   Court)
<u>Montgomery County</u>              )
<u>Detention Facility;</u>             )
<u>Quality Correctional</u>            )
<u>Health Care</u>                     )
_____          )
_____          )
Name of person(s) who violated your  )
constitutional rights. (List the names )
of all the person.)              )

I.   PREVIOUS LAWSUITS
     A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

     B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

     C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

         1.  Parties to this previous lawsuit:

             Plaintiff (s) _____

             _____

             Defendant(s) _____

             _____

         2.  Court (if federal court, name the district; if state court, name the county)

             _____

             _____

    3.    Docket number _____

    4.    Name of judge to whom case was assigned _____

    5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Montgomery County Detention Facility**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Montgomery County Detention Facility**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                ADDRESS

1. Montgomery County Detention Facility    P.O. Box 4599 Montgy., Ala. 36103
2. Quality Correctional Health Care    P.O. Box 4599 Montgy., Ala. 36103
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
October 2, 2011 thru November 8, 2011

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Medical Negligence**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Oct. 2, 2011 I signed up for medical and was diagnosed incorrectly by a Nurse Barfield, a nurse is not qualified to diagnose a patient. On Oct. 11, 2011 it was determined I had pneumonia and partially collapsed lung but Dr. Gurley did not send me to emergency until Oct. 13, 20

GROUND TWO: Failure to receive adequate medical care, which is a violation of the 8th Amendment

SUPPORTING FACTS: On Oct. 11, 2011 when I was given the chest x-ray by medical nurse visiting jail, I was sent back to cell-block around other inmates with my pneumonia and partially collapsed lung. Dr. Gurley let my illness linger when in fact, the jail could not treat my illness.

GROUND THREE: Failure to be housed in a disease-free environment with other inmates at Montgy. Co. Jail

SUPPORTING FACTS: I have been incarcerated at the Montgomery County Jail since Sept. 28, 2010, and I came here disease free. On Nov. 8, 2011 it was confirmed through the Montgy. Co. Health Dept. that I had contracted tuberculosis from the community acquired pneumonia.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I am seeking monetary damages for pain and suffering in the amount of $10,000,000 (ten-million) or the maximum amount allowed by law.

Calvin Massey
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/23/12
(Date)

Calvin Massey
Signature of plaintiff(s)

FIRST CLASS   

```
U.S. POSTAGE
    PAID
MONTGOMERY, AL
    36104
  FEB 01 '12
  AMOUNT
   $1.50
  00085058-02
```

Calvin Massey #12206
P.O. Box 4599
Montgomery, AL 36103

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711
                USA