IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN LEON MASSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-101-TMH |
| ) | [wo] |
| MONTGOMERY COUNTY ) | |
| DETENTION FACILITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On February 8, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that Plaintiff's complaint against Defendant Montgomery County Detention Facility is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that this case be referred back to the undersigned for additional proceedings.

DONE this 5th day of March, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE