IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN LEON MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12cv-101-WHA |
| | ) | |
| QUALITY CORRETIONAL HEALTHCARE, INC., et al., | ) ) | (WO) |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CALVIN LEON MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12cv-526-WHA |
| | ) | |
| DOCTOR TATUM McARTHUR, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, Calvin Leon Massey, and these cases are DISMISSED with prejudice.

DONE this 26th day of February, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE